■ MAX DYES, Respondent, v. JOSEPH FRIEDMAN, Appellant.—Determination of the Appellate Term unanimously reversed, on the law and on the facts, with costs and disbursements to appellant in that court and judgment granted in favor of plaintiff, entered February 9, 1966, reversed on the law, on the facts and in the exercise of discretion, the verdict vacated and a new trial granted, with $50 costs and disbursements to defendant-appellant unless plaintiff stipulates to accept $3,000 in lieu of the amount awarded by verdict, in which event the judgment is modified to that extent and as so modified affirmed, without costs or disbursements in this court or the Appellate Term. The verdict is obviously excessive and is not warranted on this record. Settle order on notice. Concur—Steuer, J. P., Capozzoli, Rabin and McNally, JJ.

---

## (February 7, 1967)

■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Required for the Widening of Water Street from Coenties Slip East to the Northerly Line of Fulton Street and Other Streets in the Borough of Manhattan. ALFRED A. ROSENBERG et al., Respondents-Appellants, WILLIAM KATZ, Respondent.— Amended third and last separate and partial final decree unanimously affirmed, with $50 costs and disbursements to all parties filing briefs payable by appellant-respondent, the City of New York. No opinion. Order filed. Concur — Botein, P. J., Stevens, Capozzoli, McNally and Witmer, JJ.

---

## (February 9, 1967)

### (Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ROSS, Appellant.— Order entered on April 15, 1966, unanimously affirmed. The order of this court entered on January 31, 1967 [27 A D 2d 707] is vacated. No opinion. Concur — Botein, P. J., Stevens, Capozzoli, McNally and Witmer, JJ.

---

## (February 14, 1967)

### (Republished)

■ MARGARET NEAR, Respondent, v. ARON VAISBERG, Individually and as a Copartner of VAISBERG BROS., Defendant, and LEON VAISBERG, Individually and as a Copartner Doing Business under the Name of VAISBERG BROS., et al., Appellants.— Orders entered on July 20, 1966, and order entered on April 28, 1966, unanimously affirmed, with $50 costs and disbursements to the respondent. The order of this court entered on February 9, 1967 [27 A D 2d 804] is vacated. No opinion. Concur — Botein, P. J., Stevens, McNally and Witmer, JJ.